IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARM CREDIT SERVICES OF AMERICA, FLCA | ) ) | Case No. 8:19CV14 |
| Plaintiff, | ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| KATHY MENS | ) ) ) | |
| Defendant. | ) | |

Counsel for plaintiff notified the court on December 9, 2024 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Motion Hearing Exhibits - January 18, 2019

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: December 10, 2024

BY THE COURT

**Brian C. Buescher**
United States District Judge